

# United States District Court
# Eastern District of California

| | |
|---|---|
| Elmar Hanna | |
| Plaintiff(s) | Case Number:  2:26-cv-0943 AC |
| V. | |
| USCIS, et al | APPLICATION FOR PRO HAC VICE |
| Defendant(s) | AND PROPOSED ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Attorney Waleed Naser hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff

On _____03/24/2026_____ (date), I was admitted to practice and presently in good standing in the _____Supreme Court of Tennessee_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: _____03/24/2026_____     Signature of Applicant: /s/ Waleed Naser

---

U.S. District Court – Pro Hac Vice Application     Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

Applicant's Name:          Attorney Waleed Naser

Law Firm Name:             Naser Legal, LLC

Address:                   155 N. Wacker Dr.

                           Suite 4250

City:      Chicago          State:  IL     Zip:  60606

Phone Number w/Area Code:  (872) 265-8490

City and State of Residence:  Chicago, IL

Primary E-mail Address:    waleed@naserlegal.com

Secondary E-mail Address:  info@naserlegal.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:      Yuandi Li

Law Firm Name:             LYD LAW

Address:                   97 E Brokaw Rd

                           Suite 320

City:      San Jose         State:  CA     Zip:  95112

Phone Number w/Area Code:  (650) 898-9347        Bar #  CA298390

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  April 9, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

# Supreme Court of Tennessee

## Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

### Waleed Baha Naser

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on January 17, 2020, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 6th day of February, 2026.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: _____
Ashley Boggess, D.C.